```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 07682
    STEPHEN S STAMLER
    ELLEN S STAMLER                                 CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-7753       SSN XXX-XX-1541


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/31/08 and confirmed on 08/01/08.

    2.  The case was converted to Chapter 7 after confirmation, 11/21/2008.

    3.  The Debtor paid a total of $   3402.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC             CURRENT MORTG          .00             .00              .00
GMAC RESCAP LLC             MORTGAGE ARRE     1256.71             .00          1256.71
GMAC RESCAP LLC             SECURED               .00             .00              .00
GMAC RESCAP LLC             MORTGAGE ARRE     4935.20             .00           911.77
HARRIS BANK CONSUMER LOA    SECURED VEHIC         .00             .00              .00
NISSAN MOTOR ACCEPTANCE     SECURED VEHIC         .00             .00              .00
ECAST SETTLEMENT CORPORA    UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP       UNSECURED        NOT FILED            .00              .00
BLOOMINGDALES               UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK            UNSECURED        NOT FILED            .00              .00
CHASE BANK USA              UNSECURED        NOT FILED            .00              .00
EVANSTON NORTHWESTERN HO    UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORPORA    UNSECURED        NOT FILED            .00              .00
GOODYEAR TIRE AND RUBBER    UNSECURED        NOT FILED            .00              .00
HOME DEPOT CREDIT SERVIC    UNSECURED        NOT FILED            .00              .00
HSBC                        UNSECURED        NOT FILED            .00              .00
KOHLS                       UNSECURED        NOT FILED            .00              .00
MACYS                       UNSECURED        NOT FILED            .00              .00
NORDSTROM FSB               UNSECURED        NOT FILED            .00              .00
NORTH CROVE INTERNAL MED    UNSECURED        NOT FILED            .00              .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
NORTHWEST COMMUNITY HOSP    UNSECURED        NOT FILED            .00              .00
OLD NAVY                    UNSECURED        NOT FILED            .00              .00
UNITED MILEAGE PLUS         UNSECURED        NOT FILED            .00              .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED        6191.91            .00          .00          .00       6191.91
PRINCIPAL PAID            2168.48            .00          .00          .00       2168.48
INTEREST PAID                 .00            .00          .00          .00            .00
TOTAL PAID                2168.48            .00          .00          .00       2168.48
```
The Debtor's attorney, OTTENHEIMER TEPLINSKY          , was allowed $   2000.00
and was paid $    226.00   direct and $   1041.70   through the plan.

The Trustee received $     191.82 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE